UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRINA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1872 CDP |
| | ) | |
| ERIC K. SHINSEKI, | ) | |
| U.S. Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated on the record on January 5, 2010,

**IT IS HEREBY ORDERED** that plaintiff's counsel's request to withdraw

[#17] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's new counsel must enter an

appearance by **Thursday, February 4, 2010**.  I will schedule an evidentiary

hearing on defendant's motion to enforce the settlement agreement after new

counsel enters an appearance or, if none enters, after February 4, 2010.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2010.