UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRINA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1872 CDP |
| ) | |
| ERIK K. SHINSEKI, ) | |
| U.S. Secretary of Veteran's Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to continue [#36] is granted and the evidentiary hearing on defendant's motion to enforce the settlement agreement is reset to **Wednesday, April 7, 2010 at 9:00 a.m.** in Courtroom 14-South.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2010.